AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Middle District of Alabama

RECEIVED
2007 MAR -9
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rashad Jackson
Plaintiff

V.

Richard Allen et Al.
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:07-CV-211-ID

I, Rashad Jackson declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration G.K. Fountain Corr. Facility

   Are you employed at the institution? Yes Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☐ No
   b. Rent payments, interest or dividends ☐ Yes ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☐ No
   d. Disability or workers compensation payments ☐ Yes ☐ No
   e. Gifts or inheritances ☑ Yes ☐ No
   f. Any other sources ☐ Yes ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MY Family SENds ME MONEY to Purchase Personal Items.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A

I declare under penalty of perjury that the above information is true and correct.

10/27/07 — Date

Rashad Jackson — Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Middle DIVISION

Rashad Jackson )
)
)
)
Plaintiff(s) )
)
v. )
)
Richard Allen et Al )
)
)
)
Defendant(s) )

2:07-CV-211-ID

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Rashad Jackson #200428 moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Rashad Jackson
Plaintiff(s) signature

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 200428 NAME: JACKSON, RASHAD KINTE AS OF: 02/28/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 31 | $31.79 | $75.00 |
| APR | 30 | $65.48 | $120.00 |
| MAY | 31 | $15.12 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $5.48 | $50.00 |
| AUG | 31 | $0.39 | $0.00 |
| SEP | 30 | $0.39 | $0.00 |
| OCT | 31 | $1.21 | $1.60 |
| NOV | 30 | $16.03 | $75.00 |
| DEC | 31 | $5.23 | $75.00 |
| JAN | 31 | $0.47 | $0.00 |
| FEB | 28 | $191.48 | $1,273.85 |
| Average 12 months balance | | $27.75 | $139.20 |

Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 1ST DAY OF MARCH 2007.

Elaine Braddock, Notary Public

My Commission Expires Oct. 25, 2008