IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RASHAD JACKSON, #299428
PLAINTIFF,

V.

RICHARD ALLEN
DEFENDANT.

2:07-CV-211-ID
(WO)

## MOTION FOR EXTENSION OF TIME FOR FILING INITIAL PARTIAL PAYMENT

Comes now, Rashad Jackson, #200428, the plaintiff pro se, pursuant to the written order, from this most honorable court, thereby dated, March 12, 2007, odering the said plaintiff to pay an initial partial payment, by April 2, 2007. In regards to this said instant case of action, hereby moves and request for this court to enlarge and/or extend the time in which to file such initial partial payment, for grounds as follows:

1. Upon the plaintiff's written request to have the monetary sum of forty-seven and 52/100 dollar(s) ($47.52) deducted from his prison money on deposit (P.M.O.D.) account, for the purpose of paying initial partial payment, as required by this court. The plaintiff had only forty-seven and 00/100's dollar(s) ($47.00), and thus lacked .(52), from having the complete initial filing fee, as required, for the plaintiff to pay by this court. The institution in which the plaintiff is currently incarcerated failed to submit the forty-seven and 00/100's dollar(s) ($47.00), and therefore, as a subsequent result, returned the plaintiff's request to him, thereby marked insufficient funds.

WHEREFORE, ALL PREMISES BEING CONSIDERED, THE PLAINTIFF, PRO SE, PRAYS, THIS HONORABLE COURT GRANT THIS MOTION, ALONG WITH ANY AND ALL OTHER EQUITABLE RELIEF, IN WHICH IT DEEMS APPROPIATE THEREOF.

*Rashad Jackson #200428*
RASHAD JACKSON #200428





RASHAD JACKSON #200428
3800 FOUNTAIN
ATMORE, AL. 36503

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
POST BOX 711
MONTGOMERY, ALABAMA 36101-0711