IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RASHAD JACKSON, #200 428            *

    Plaintiff,                            *

    v.                                       *           2:07-CV-211-ID

RICHARD ALLEN,                *

    Defendant.                     *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed March 12, 2007. (Doc. No. 4.) Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4), is GRANTED;

2. Plaintiff IS GRANTED an extension from April 2, 2007 to April 17, 2007 to comply with the court's March 12, 2007 order that he submit an initial partial filing fee to the court in the amount of $47.52; and

3. The Clerk of Court SEND a copy of this order to the account clerk at the Fountain Correctional Facility.

DONE, this 3rd day of April 2007

                                            /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE